IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JOHN STAGGERS, JR., | ) | Civil Action No. 4:13-cv-0057-RMG-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FLORENCE COUNTY SHERIFF'S OFFICE, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Presently before the Court is the Motion to Terminate Counsel (Docket Entry # 26) filed by Plaintiff pro se. Counsel for Plaintiff consents to the Motion. See Response (Docket Entry # 28). Accordingly, the Motion to Terminate Counsel (Docket Entry # 26) is **GRANTED**. Plaintiff indicates that he will be handling the case himself from this point forward. As such, he is solely responsible for the prosecution of his claims, which includes abiding by the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Civil Rules for the District of South Carolina, as well as all scheduling order deadlines.

Plaintiff provided his address in his Motion. The Clerk of Court is directed to enter this address in the record and to serve a copy of this Order on Plaintiff at said address. Plaintiff is advised that, if he chooses to proceed pro se, he must always keep the Clerk of Court advised **in writing (Post Office Box 2317, Florence, South Carolina 29503)** if his address changes for any reason, so as to assure that he will receive orders or other matters that specify deadlines to be met.

Plaintiff also files a Motion for Extension of Time (Docket Entry # 32) to file a Response to Defendants' Motion for Summary Judgment (Docket Entry # 17). Although counsel for Plaintiff filed a Response (Docket Entry # 27), Plaintiff's Motion is **GRANTED and he shall have until**

1

**March 24, 2014, to file any additional Response he wishes to file.**

       **AND IT IS SO ORDERED.**

                                              s/Thomas E. Rogers, III
                                              Thomas E. Rogers, III
                                              United States Magistrate Judge

March 12, 2014
Florence, South Carolina