AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Staggers, Jr. <br> *Plaintiff* <br> v. <br> Florence County Sheriff's Office et al <br> *Defendant* | ) <br> ) <br> )  Civil Action No.    4:13-cv-57-RMG <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary Judgment is entered as to Plaintiffs federal causes of action, and the remaining gross negligence claim is remanded to the Florence County Court of Common Pleas and this case is closed.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 2, 2014                                              *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                *Signature of Clerk or Deputy Clerk*